IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN A. FERRARA, Defendant. | **8:04CR501** **ORDER** |

This matter is before the Court on the government's motion to dismiss (Filing No. 74) the Petition for Offender Under Supervision.

IT IS ORDERED:

1. The government's motion to dismiss (Filing No. 74) is granted; and

2. The Petition for Offender Under Supervision (Filing No. 66) is dismissed without prejudice.

Dated this 18th day of September, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge